IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMUEL WALTER CALDWELL                                                                 PLAINTIFF

v.                                          Case No. 6:24-cv-6051

DEPUTY DIRECTOR SYRNA BOWERS,
Omega Unit, Arkansas Division of Community
Correction; MEDICAL SERVICES MGR DANA
HAYES, Omega Unit; RN KELLY AUNSPAUGH,
Omega Unit; TRANSPORT OFFICER LAMKINS,
Omega Unit; TRANSPORT OFFICER NAVA, Omega
Unit; and APRN STRICKLAND, Omega Unit                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 14, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 15. Judge Ford recommends that Plaintiff's Motion to Compel (ECF No. 12) be denied.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*.  Accordingly, Plaintiff's Motion to Compel (ECF No. 12) is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge