IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMUEL WALTER CALDWELL                                                                                  PLAINTIFF

v.                                          Case No. 6:24-cv-6051

DEPUTY DIRECTOR SYRNA BOWERS,
Omega Unit, Arkansas Division of Community Correction;
MEDICAL SERVICES MGR DANA HAYNES, Omega Unit;
RUN KELLY AUNSPAUGH, Omega Unit;
TRANSPORT OFFICER NAVA, Omega Unit; and
APRN STRICKLAND, Omega Unit                                                                          DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 46.  Judge Ford recommends that Plaintiff's Motion for Temporary Restraining Order (ECF No. 21) and Motion for TRO/Separation from Staff (ECF No. 27) be denied as moot.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Motion for Temporary Restraining Order (ECF No. 21) and Motion for TRO/Separation from Staff (ECF No. 27) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 10th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge