IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMUEL WALTER CALDWELL                                                                                   PLAINTIFF

v.                                            Case No. 6:24-cv-6051

DEPUTY DIRECTOR SYRNA BOWERS,
Omega Unit, Arkansas Division of Community Correction;
MEDICAL SERVICES MGR DANA HAYNES, Omega Unit;
RN KELLY AUNSPAUGH, Omega Unit;
TRANSPORT OFFICER LAMKINS, Omega Unit;
TRANSPORT OFFICER NAVA, Omega Unit;
APRN STRICKLAND, Omega Unit; and
WELLPATH                                                                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 75. Judge Ford recommends that Plaintiff's claims against Wellpath and his official capacity claims against the individual Wellpath Defendants, namely RN Kelly Aunspaugh and APRN Strickland, be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 75) *in toto.* Accordingly, Plaintiff's claims against Wellpath and his official capacity claims against the individual Wellpath Defendants, namely RN Kelly Aunspaugh and APRN Strickland, are **DISMISSED WITHOUT PREJUDICE**. The individual capacity claims against Separate Defendants RN Kelly Aunspaugh and APRN Strickland shall remain for further litigation.

**IT IS SO ORDERED**, this 16th day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge