IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMUEL WALTER CALDWELL                                                              PLAINTIFF

v.                                    Case No. 6:24-cv-6051

DEPUTY DIRECTOR SYRNA BOWERS,
Omega Unit, Arkansas Division of Community Correction;
MEDICAL SERVICES MGR DANA HAYNES, Omega Unit;
RN KELLY AUNSPAUGH, Omega Unity;
TRANSPORT OFFICER LAMKINS, Omega Unit;
TRANSPORT OFFICER NAVA, Omega Unit; and
APRN STRICKLAND, Omega Unit                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on October 24, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 80.  Judge Ford recommends the following:  (1) that the ADC Defendants' Motion to Dismiss (ECF No. 40), as supplemented (ECF No. 78), be granted; and (2) that Defendants Syrna Bowers, Officer Lamkins, and Officer Nava be dismissed from this case.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, the Court orders the following: (1) the ADC Defendant's Motion to Dismiss (ECF No. 40), as supplemented (ECF No. 78), is **GRANTED**; and (2) all claims against Defendants Syrna Bowers, Officer Lamkins, and Officer Nava are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge